IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROLAND SCOTT, JR.,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 20-cv-472-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America and against petitioner Roland Scott, JR. denying his petition under 28 U.S.C. § 2255.

    s/V. Olmo, Deputy Clerk        06/30/2021
    Peter Oppeneer, Clerk of Court        Date