Roland Scott, Jr.
Reg No: 11381-090
Petitioner
FCI (Terre Haute)
P.O. Box 33
Terre Haute, In 47808

In Propria Persona

United States District Court
Western District of Wisconsin

Roland Scott, Jr
    Petitioner
V.                                Case No: 20-cv-472-jdp
United States of America
    Respondent

Notice of Appeal

PLEASE TAKE NOTICE that Roland Scott (Pro-Se) hereby Appeals to the United States Court of Appeals for the Seventh Circuit.
  From the Final Judgment and Denied Motion for postconviction relief under 28 U.S.C. § 2255 / Denied a certificate of appealability / Denied Motion for Appointment of Counsel, and from every part and intermediate order therin.

  Such Judgment made and entered on June 29, 2021 (District Judge James D. Peterson)

                                Roland Scott
                                  Pro-Se
                              Date 07·15·2021